UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA – TAMPA DIVISION

CASE NO. 8:13-bk-10879-MGW
CHAPTER 13

IN RE:

Alexander Becerra
Bequis,

      **Debtor**
_____/

### GREEN TREE SERVICING LLC'S RESPONSE TO DEBTOR'S MOTION TO VALUE (DE-25)
(11584 Hammocks Glade Dr., Riverview, FL 33569)

COMES NOW Green Tree Servicing LLC, its successors and/or assigns ("Secured Creditor"), by and through its undersigned counsel, as and for its Response to the Debtor's Verified Motion to Value Real Property (Document No. 25), and in support thereof states as follows:

1. The Debtors filed a voluntary petition pursuant to Chapter 13 of the Bankruptcy Code on August 17, 2013.

2. Secured Creditor holds a security interest in the Debtor's non-exempt real property, located at 11584 Hammocks Glade Dr., Riverview, FL 33569 by virtue of a Mortgage which is recorded in the public records of Hillsborough County, Florida in O.R. Book 17039 at Page 0034. The associated Mortgage gives Secured Creditor a first mortgage position on the subject property, which secures a Note in the amount of $134,112.00.

3. On December 27, 2013, Debtor filed a Verified Motion to Value Real Property (Document No. 25), which Motion seeks to value the subject property at $50,000.00.

4. Secured Creditor disputes the Debtor's contention that the value of the subject property is $50,000.00.

5. Secured Creditor believes that the subject real property is worth in excess of $50,000.00 as suggested by the Debtor, and therefore requests an opportunity to conduct its own appraisal of said property.

**WHEREFORE**, Secured Creditor respectfully requests that this Court deny Verified Motion to Value Real Property, or alternatively, for additional time for Secured Creditor to conduct is own appraisal and for such other and further relief as the Court may deem just and proper.

**I HEREBY CERTIFY** that a true and correct copy of the foregoing was delivered to the addressees on the attached mailing list by First Class U.S. mail postage pre-paid, and/or by Electronic Filing this 10th day of January, 2014.

            Respectfully Submitted,

            **Kahane & Associates, P.A.**
            8201 Peters Road, Ste. 3000
            Plantation, Florida 33324
            Telephone:  (954) 382-3486
            Telefacsimile: (954) 382-5380

            /s/   Marc G. Granger
            **Marc G. Granger, Esq.**
            FBN: 146870
            Phone: (954) 284-3091

## Mailing List

Alexander Becerra Bequis
6724 Lake Camden Way
Gibsonton, Florida 33534

Pedro W Rodriguez, Esq.
Attorney for Debtor
607 West Martin Luther King Jr. Blvd
Tampa, Florida 33603

Terry E. Smith, Trustee
PO Box 6099
Sun City Center, Florida 33571

US Trustee
United States Trustee-TPA7, 7
Timberlake Annex, Suite 1200
501 East Polk Street
Tampa, Florida  33602