UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA – TAMPA DIVISION

CASE NO. 8:13-bk-10879-MGW
CHAPTER 13

IN RE:

Alexander Becerra
Bequis,

        Debtor
_____/

**AGREED ORDER GRANTING DEBTOR'S VERIFIED MOTION TO VALUE REAL PROPERTY OF GREEN TREE SERVICING LLC (DOC. NO. 25)**
(Re: *11584 Hammocks Glade Dr., Riverview, FL 33569*)

THIS CAUSE came on for consideration upon Debtor's Verified Motion to Value Real Property of Green Tree Servicing LLC, ("Secured Creditor")(Document No. 25). The Court having considered the motion, together with the record, and being advised that the parties have agreed to the terms of this Order, it is,

**ORDERED:**

1. The Motion is GRANTED.

2. The Debtor's Real Property located at 11584 Hammocks Glade Dr., Riverview, FL 33569, (the "Real Property"), more particularly described as follows:

> LOT 1, BLOCK 27, RIVERCREST PHASE PARCEL "O" AND "R", ACCORDING TO THE MAP OR PLAT THEREOF, AS RECORDED IN PLAT BOOK 104 PAGE 115 THROUGH 126, OF THE PUBLIC RECORDS OF HILLSBOROUGH COUNTY, FLORIDA. Parcel ID # 33-30-20-83M-000027-00001.0

is hereby valued at $61,000.00, to be paid based upon an interest rate of 5.25%.

3. There are no liens senior to the lien of Secured Creditor.

4. Secured Creditor has filed a proof of claim (Claim 1-1) in the amount of $175,714.22.

5. Secured Creditor's secured interest in the Real Property is $61,000.00, and the value of its unsecured claim is $114,714.22, regardless of original classification in the proof of claim filed.

6. The subject real property may not be sold or financed without proper notice and further order of the Court.

7. If the Debtor fails to complete the Chapter 13 Plan and receive a discharge, the valuation contained within this order shall be considered null and void, and the lien amount which existed pre-petition shall be restored.

Pedro W. Rodriguez, P.A.

_____
Pedro W. Rodriguez, Esq.
Florida Bar No. 138691
Attorney for the Debtors
607 West Martin Luther King
Jr. Blvd., Tampa, FL 33603

Kahane and Associates, PA.,

_____
Marc G. Granger, Esq.
Florida Bar No. 146870
Attorney for Secured Creditor
8201 Peters Road, Ste 3000
Plantation, FL 33324

DONE and ORDERED at Tampa, Florida, on    March 25, 2014

_____
Michael G. Williamson
United States Bankruptcy Judge

Attorney Pedro W Rodriguez, Esq. is directed to serve a copy of this order on interested parties and file a proof of service within 3 days of entry of this order.

## Mailing List

Alexander Becerra Bequis
6724 Lake Camden Way
Gibsonton, Florida 33534

Pedro W Rodriguez, Esq.
Attorney for Debtor
607 West Martin Luther King Jr. Blvd
Tampa, Florida 33603

Terry E. Smith, Trustee
PO Box 6099
Sun City Center, Florida 33571

US Trustee
United States Trustee-TPA7, 7
Timberlake Annex, Suite 1200
501 East Polk Street
Tampa, Florida  33602